UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLES BARBERA, JR., INDIVIDUALLY, and    Civil Action No.:
as ADMINISTRATOR OF THE ESTATE OF
LORRAINE MARIE BARBERA,

        Plaintiff-Respondent,

    - against -    **RULE 7.1 STATEMENT**
    **JUDGE KARAS**
PEERLESS INSURANCE COMPANY,

        Defendant-Petitioner.    **08 CIV. 5527**
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant PEERLESS INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: New York, New York    Respectfully submitted,
      June 17, 2008

    JAFFE & ASHER LLP

    By: _____
      Marshall T. Potashner (MTP-3552)
    Attorneys for Defendant
    PEERLESS INSURANCE COMPANY
    600 Third Avenue, 9th Floor
    New York, New York 10016
    (212) 687-3000


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED