```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: _____  │
└─────────────────────────┘
```

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHARLES BARBERA, JR., INDIVIDUALLY, and       Civil Action No.:
as ADMINISTRATOR OF THE ESTATE OF             08-cv-05527 (KMK)
LORRAINE MARIE BARBERA,

           Plaintiff,                          **STIPULATION ADJOURNING**
                                               **TIME TO RESPOND**
     - against -                        **TO THE COMPLAINT**

PEERLESS INSURANCE COMPANY,

           Defendant.
----------------------------------------X

     **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the time for defendant PEERLESS INSURANCE COMPANY to answer, move, or otherwise respond to the Complaint be and hereby is extended to and including ten (10) days after the Court rules on the application for a pre-motion conference.

Dated: New York, New York
       March 29, 2005

SPEIGAL, BROWN, FICHERA & COTE         JAFFE & ASHER LLP

By: _____             By: _____
   Michael A. Cote, Esq. (MAC-  )            Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Plaintiff                        Attorneys for Defendant
CHARLES BARBERA, JR., INDIVIDUALLY,       PEERLESS INSURANCE COMPANY
and as ADMINISTRATOR OF THE ESTATE       600 Third Avenue
of LORRAINE MARIE BARBERA                  New York, New York 10016
272 Mill Street                                (212) 687-3000
Poughkeepsie, NY 12601
(845) 452-7400

                                              SO ORDERED:

                                              _____
                                              Hon. Kenneth M. Karas, U.S.D.J.
                                              7/1/08