# SPIEGEL BROWN
# FICHERA & COTÉ LLP

DONALD D. BROWN, JR
CYNTHIA K. FICHERA
MICHAEL A. COTÉ

TIMOTHY W. KRAMER

JOSEPH L. SPIEGEL*
OF COUNSEL

*ALSO ADMITTED IN D.C. & CT.

Attorneys and Counselors at Law

272 MILL STREET
POUGHKEEPSIE, NY 12601
(845) 452-7400 • FAX (845)452-4731

Please Reply to Our Poughkeepsie Office

1203 NORTH AVENUE
ROUTE 9D
BEACON, NY 12508
(845) 896-8840

40 WALL STREET
NEW YORK, NY 10005
(800) 836-1000

E-Mail: sbfc@sbfclaw.com
www.accidentinjuryexperts.com

**VIA FACSIMILE (914-390-4152) AND FIRST CLASS MAIL**

July 25, 2008

**MEMO ENDORSED**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street – Room 533
White Plains, New York 10601

Re: **Charles Barbera, Jr., Individually and as Administrator of the Estate of Lorraine Marie Barbera v Peerless Insurance Company**
Index No.: ~~CV-3355-2008~~   08 CV 5527
Our File No.: 107387-02

Dear Judge Kranis:

After reviewing the applicable case law, the plaintiff is hereby withdrawing the claim in the Summons and Complaint for damages resulting for the act of bad faith by the defendant. I will contact the defendant's attorney to execute a Stipulation of Discontinuance as to that cause of action.

I thank the court for its assistance in this matter.

Respectfully yours,

Michael A. Coté /mo

MICHAEL A. COTÉ

MAC:mo

cc: **VIA FACSIMILE (212-687-9639) AND FIRST CLASS MAIL**
Marshall T. Potashner, Esq.
JAFFE & ASHER, LLP
600 Third Avenue – 9th Floor
New York, New York 10016

The Clerk is respectfully requested to docket this letter.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/27/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____