UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHARLES BARBERA, JR, Individually, and as Administrator of the Estate of LORRAINE MARIE BARBERA,

                      Plaintiff,

- against -                         ***NOTICE OF APPEARANCE***

PEERLESS INSURANCE COMPANY,         Civil Action No.:  08-cv-05527 (KMK)

                      Defendant.
------------------------------------------------------------------X

To the Clerk of this court and all parties of record :

    Please enter my appearance as counsel in this case for CHARLES BARBERA, JR, Individually, and as Administrator of the Estate of LORRAINE MARIE BARBERA.

    I certify that I am admitted to practice in this court

Dated:    Poughkeepsie, New York
            July 29, 2008

                      Yours, etc.

                      S/_____
                      By:  Michael A. Coté, Esq.     MC8297
                      SPIEGEL, BROWN, FICHERA & COTE, LLP
                      Attorneys for Plaintiff
                      272 Mill Street
                      Poughkeepsie, NY  12601
                      (845) 452-7400
                      Fax:  (845) 452-4731