*LML*

*Karas, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARLES BARBERA, JR., INDIVIDUALLY, and
as ADMINISTRATOR OF THE ESTATE OF
LORRAINE MARIE BARBERA,

                      Plaintiff,

- against -

PEERLESS INSURANCE COMPANY,

                      Defendant.
------------------------------------------------------------X

Civil Action No.:
08-cv-05527 (KMK)

**STIPULATION OF
PARTIAL DISMISSAL**

*AS TO SECOND
CAUSE OF ACTION*

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the second claim for relief in the Verified Complaint, which is denominated as the "Second Cause of Action" and alleges bad faith, shall be and hereby is dismissed.

Dated: New York, New York
         July 25, 2008

SPEIGAL, BROWN, FICHERA & COTE

By: _____
    Michael A. Cote, Esq. (MAC-8297)
Attorneys for Plaintiff
CHARLES BARBERA, JR., INDIVIDUALLY,
and as ADMINISTRATOR OF THE ESTATE
of LORRAINE MARIE BARBERA
272 Mill Street
Poughkeepsie, NY 12601
(845) 452-7400

JAFFE & ASHER LLP

By: _____
    Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Defendant
PEERLESS INSURANCE COMPANY
600 Third Avenue
New York, New York 10016
(212) 687-3000

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.

8/1/08

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```